B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Eastern District of New York

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Global Progress LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**1234** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**100 Quentin Roosevelt Boulevard**<br>**Garden City, NY**<br>ZIP Code **11530** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Nassau** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Global Progress LLC** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **See Attached Exhibit A** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
Signature of Attorney for Debtor(s)       (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Global Progress LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Matthew G. Roseman**
Signature of Attorney for Debtor(s)

**Matthew G. Roseman MR-1387**
Printed Name of Attorney for Debtor(s)

**Cullen and Dykman LLP**
Firm Name

**100 Quentin Roosevelt Blvd**
**Garden City, NY 11530**

_____
Address

**516-357-3700**
Telephone Number

**November 10, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Bijan Paksima**
Signature of Authorized Individual

**Bijan Paksima**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November 10, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re **Global Progress LLC**  
Debtor(s)

Case No. _____  
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AIG Marine Svcs. PTE Ltd. 71, Toh Guan Road East #03-03 TCH Techcentre Singapore 608598 | AIG Marine Svcs. PTE Ltd. 71, Toh Guan Road East #03-03 TCH Techcentre Singapore 608598 | | | 6,557.00 |
| AL Shabia Engineering P.O. Box 22186 Sharjah, UAE | AL Shabia Engineering P.O. Box 22186 Sharjah, UAE | | | 5,880.11 (0.00 secured) |
| Bureau VeritasSA 67/71 Boulevard Du Chateau France | Bureau VeritasSA 67/71 Boulevard Du Chateau France | | | 5,623.64 |
| Dhaka Engineering P.O. Box 23598 Sharjah, UAE | Dhaka Engineering P.O. Box 23598 Sharjah, UAE | | | 4,740.33 (0.00 secured) |
| Elcome International PO Box 1788 Dubai, UAE | Elcome International PO Box 1788 Dubai, UAE | | | 4,366.49 (0.00 secured) |
| Environmental Systems PO Box 5992 Sharjah, UAE | Environmental Systems PO Box 5992 Sharjah, UAE | | | 11,706.74 (0.00 secured) |
| Goltens PO Box 28711 Dubai, UAE | Goltens PO Box 28711 Dubai, UAE | | | 4,070.84 (0.00 secured) |
| Gulf Oil Marine Limited The Hong Kong & Shanghai Banking Corp. Jebel Ali, Dubai, UAE | Gulf Oil Marine Limited The Hong Kong & Shanghai Banking Corp. | | | 35,957.00 |
| Hormozi Supermarket PO Box 6868 Dubai, UAE | Hormozi Supermarket PO Box 6868 Dubai, UAE | | | 2,390.66 (0.00 secured) |
| Jotun Paints PO Box 3671 Dubai, UAE | Jotun Paints PO Box 3671 Dubai, UAE | | | 4,553.13 (0.00 secured) |
| National Bank of Pakistan 100 Wall Street New York, NY 10005 | National Bank of Pakistan 100 Wall Street New York, NY 10005 | MVP Global Progress | Contingent Disputed | 13,600,000.00 (4,000,000.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re  **Global Progress LLC**  
                    Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Oasis Chemicals**<br>PO Box 157810<br>Sharjah, UAE | **Oasis Chemicals**<br>PO Box 157810<br>Sharjah, UAE | | | 4,872.57<br><br>(0.00 secured) |
| **PPG Industries (UAE) LLC**<br>PO Box 126215<br>Dubai, UAE | **PPG Industries (UAE) LLC**<br>PO Box 126215<br>Dubai, UAE | | | 9,422.00<br><br>(0.00 secured) |
| **Pusan Trading Co. LLC**<br>PO Box 40762<br>Dubai, UAE | **Pusan Trading Co. LLC**<br>PO Box 40762<br>Dubai, UAE | | | 1,885.42<br><br>(0.00 secured) |
| **Saeed Marine**<br>PO Box 31268<br>Dubai, UAE | **Saeed Marine**<br>PO Box 31268<br>Dubai, UAE | | | 2,467.57<br><br>(0.00 secured) |
| **Seastar Marine**<br>PO Box 62241<br>Dubai, UAE | **Seastar Marine**<br>PO Box 62241<br>Dubai, UAE | | | 3,672.62<br><br>(0.00 secured) |
| **Sigma Paints**<br>PO Box 52781<br>Dubai, UAE | **Sigma Paints**<br>PO Box 52781<br>Dubai, UAE | | | 5,200.75<br><br>(0.00 secured) |
| **Techno Marine**<br>PO Box 24293<br>Dubai, UAE | **Techno Marine**<br>PO Box 24293<br>Dubai, UAE | | | 1,716.62<br><br>(0.00 secured) |
| **Tile Marine**<br>PO Box 33296<br>Dubai, UAE | **Tile Marine**<br>PO Box 33296<br>Dubai, UAE | | | 4,662.24<br><br>(0.00 secured) |
| **Viking Life Saving Equip**<br>PO Box 13448<br>Dubai, UAE | **Viking Life Saving Equip**<br>PO Box 13448<br>Dubai, UAE | | | 4,000.00<br><br>(0.00 secured) |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 10, 2009**          Signature  **/s/ Bijan Paksima**  
                                                **Bijan Paksima**  
                                                **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

A.M. Trading Company LLC
P.O. Box 6215
Dubai, UAE


AIG Marine Svcs. PTE Ltd.
71, Toh Guan Road East
#03-03 TCH Techcentre
Singapore 608598


AKA Trade Building Tools
P.O. Box 51248
Dubai, UAE


AL Shabia Engineering
P.O. Box 22186
Sharjah, UAE


Alco Shipping Services
PO Box 19525
Sharjah-UAE


Areej Pharmacy
P.O. Box 11725
Dubai, UAE


Bureau VeritasSA
67/71 Boulevard
Du Chateau
France


Dhaka Engineering
P.O. Box 23598
Sharjah, UAE


Dolphin Radiators
P.O. Box 1424
Sharjah, UAE


Dubai Fuel Supply
PO Box 8278
Dubai, UAE


Elcome International
PO Box 1788
Dubai, UAE

Environmental Systems
PO Box 5992
Sharjah, UAE


Ericson & Richards
P.O. Box 40148
Sharjah


Fal Energy Co., Ltd.
PO Box 6600 Charjah
United Arab Emirates


GCL Shipping Corp.
100 Quentin Roosevelt
Boulevard
Garden City, NY 11530


Global Care Marine
PO Box 63234
Sharjah, UAE


Global Container Lines
100 Quentin Roosevelt
Boulevard
Garden City, NY 11530


Global Prosperity LLC
100 Quentin Roosevelt
Boulevard
Garden City, NY 11530


Goltens
PO Box 28711
Dubai, UAE


Gulf Oil Marine Limited
The Hong Kong & Shanghai
Banking Corp.
Jebel Ali, Dubai, UAE


Gulf Oil Marine Ltd.
25th FL, 3 Lockhart Rd.
Hong Kong

Gulf Rope & Plastic Prod.
PO Box 21422
Sharjah, UAE


Hormozi Supermarket
PO Box 6868
Dubai, UAE


Jotun Paints
PO Box 3671
Dubai, UAE


K. Hashim LLC
PO Box 5216
Sharjah, UAE


Kenya Ports Authority
c/o African Liner
Agencies Ltd.
Maritime House, MOI Ave.
Mombasa, Kenya


Kenya Ports Authority
c/o African Liner Agencie
Maritime House, MOI Ave.
PO Box 43181
Mombasa, Kenya


Middle East Express
P.O. Box 622
Sharjah, UAE


Middle East Fuji Khimji's
Room 107
Khimji Ramdas HO
Muscat


National Bank of Pakistan
100 Wall Street
New York, NY 10005


Oasis Chemicals
PO Box 157810
Sharjah, UAE

PPG Industries (UAE) LLC
PO Box 126215
Dubai, UAE


Pusan Trading Co. LLC
PO Box 40762
Dubai, UAE


S&S Ship Management
House No. 15, Road No. 1
Lan-3 Block-L Halishaher
Housing Estate
Chittagong Bangladesh


S&S Shipmanagement
House 15 Roadmoul, Lane 3
Block L Halish
Chihajon, Bangladesh


Saeed Marine
PO Box 31268
Dubai, UAE


Seastar Marine
PO Box 62241
Dubai, UAE


Seastar Marine
Engineering
PO Box 62241
Dubai, UAE


Seven Seas ShipChandlers
PO Box 5592
Dubai, UAE


Shiptrade, Inc.
100 Quentin Roosevelt
Boulevard
Garden City, NY 11530


Sigma Paints
PO Box 52781
Dubai, UAE

Tanzania Ports Authority
c/o African Liner
Agencies Ltd.
P.O. Box 7876
Dar Es Salaam, Tanzania

Tanzanian Ports Authority
c/o African Liner Agency
PO Box 7876 Acacia Blding
1st Floor, Morogoro Road
Dar Es Salaam, Tanzania

Techno Marine
PO Box 24293
Dubai, UAE

Tile Marine
PO Box 33296
Dubai, UAE

Tile Marine LLC
PO Box 33296
Dubai, UAE

Total UAE LLC
PO Box 14871
Dubai, UAE

Viking Enterprise Co.
1-9 Isogami-Dor i 6-chome
Chuo-Ku, Kobe 651-0086
Kobe Japan

Viking Life Saving Equip
PO Box 13448
Dubai, UAE