CULLEN AND DYKMAN, LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516)357-3700
Matthew G. Roseman, Esq. (MR 1387)
C. Nathan Dee (CND 9703)
Bonnie L. Pollack, Esq. (BP 3711)

Attorneys for Global Container Lines Ltd., et al.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| GLOBAL CONTAINER LINES LTD., | Case No. 09-78585 |
| Debtor. | |

-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| SHIPTRADE, INC., | Case No. 09-78584 |
| Debtor. | |

-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| GCL SHIPPING CORP., | Case No. 09-78589 |
| Debtor. | |

-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| GLOBAL PROGRESS LLC, | Case No. 09-78588 |
| Debtor. | |

-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| GLOBAL PROSPERITY LLC, | Case No. 09-8590 |
| Debtor. | |

-----------------------------------------------------------x

# ORDER AUTHORIZING, BUT NOT DIRECTING, DEBTOR'S TO PAY CERTAIN PRE-PETITION CLAIMS MARITIME LIEN CLAIMANTS AND AUTHORIZING FINANCIAL INSTITUTIONS TO HONOR ALL RELATED CHECKS AND ELECTRONIC PAYMENT REQUESTS

Upon the application (the "Application") of the above-captioned debtors and debtors-in-possession (collectively the "Debtors") by its counsel Cullen and Dykman LLP, seeking entry of an Order (a) authorizing, but not directing Debtors to pay certain pay pre-petition claims, maritime lien claims and (b) authorizing financial institutions to honor all related checks and electronic payment requests; and no adverse interest being represented; and it appearing that the relief requested is in the best interests of the Debtors, it estate and creditors and that no further notice is necessary; and other due deliberation of good and sufficient cause appearing therefore;

NOW, upon the motion of Cullen and Dykman LLP, counsel to the Debtors and Debtors-in-Possession it is

ORDERED, that the Debtors and Debtors-in-Possession be and hereby are authorized, but not directed to allow the payment set forth on Exhibit "B" of the motion, and it is further

ORDERED, that all financial institutions are authorized to honor all related checks and electronic payment requests for the payment of certain pre-petition claims and maritime lien claimants.

Dated:   Central Islip, New York
         November ___, 2009

_____
HONORABLE ALAN S. TRUST
UNITED STATES BANKRUPTCY JUDGE