UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                     Case No. 09-78584-AST

    Shiptrade, Inc.,                          Chapter 11

            Debtor.
---------------------------------------------------------------X

In re:                                                     Case No. 09-78585-AST

    Global Container Lines Limited,           Chapter 11

            Debtor.
---------------------------------------------------------------X
In re:                                                     Case No. 09-78588-AST

    Global Progress, LLC,                     Chapter 11

            Debtor.
---------------------------------------------------------------X

In re:                                                     Case No. 09-78589-AST

    GCL Shipping Corp.,                       Chapter 11

            Debtor.
---------------------------------------------------------------X

In re:                                                     Case No. 09-78590-AST

    Global Prosperity, LLC,                   Chapter 11

            Debtor.
---------------------------------------------------------------X

## ORDER SCHEDULING EMERGENCY HEARING

The above captioned Debtors, Shiptrade, Inc., Global Container Lines Limited, Global Progress, LLC, GCL Shipping Corp., and Global Prosperity LLC ("Movants") have filed Emergency Motions to Pay Certain Pre-Petition Claims and Maritime Lien Claims (the "Motions"), on November 12, 2009, seeking an emergency hearing, pursuant to E.D.N.Y. LBR 9077-1. For

good cause shown, it is hereby

**ORDERED,** that the Motions will be heard on **November 13, 2009, at 2 o'clock p.m.** in Courtroom 960, United States Bankruptcy Court, Eastern District of New York, 290 Federal Plaza, Central Islip, New York 11722; and it is further

**ORDERED,** that by **November 12, 2009, at 3 o'clock p.m.**, the Movants must serve a copy of this Order, as well as a copy of the Motions, by email or facsimile and first class mail upon the following parties:

- Office of the United States Trustee for the Eastern District of New York;
- Any party that has filed a request for Notices with this Court;
- Any party against whom relief is sought;
- Each Debtor's twenty largest unsecured creditors;
- Any party asserting a lien upon each Debtor's assets;
- Any Creditors Committee and its Counsel, if appointed;

and it is further

**ORDERED,** that Movants shall also file certificates of service with the Clerk of the United States Bankruptcy Court, Eastern District of New York, by **November 13, 2009, at 10 o'clock a.m.**



**Dated: November 12, 2009**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**