| NAME | EMAIL |
|---|---|
| AIG MARINE SVCS. PTW LTD | 65677330093 |
| AL SHABIA ENGINEERING | 97165336139 |
| BEUREAU VERITASSA | 97143452391 |
| DHAKA ENGINEERING | 97165326773 |
| ELCOME INTERNATIONAL | 97143349465 |
| ENVIRONMENTAL SYSTEMS | |
| GOLTENS | 97143241019 |
| HORMOZI SUPERMARKET | |
| JOTUN PAINTS | 97143380666 |
| NATIONAL BANK OF PAKISTAN | 212-809-4720 |
| PPG INDUSTRIES LLC | 97143470820 |
| PUSAN TRADING CO. LLC | 97142210969 |
| SAEED MARINE | 97142235445 |
| SEASTER MARINE | 97143240767 |
| SIGMA PAINTS | 97143380539 |
| TECHNO MARINE | 97165314240 |
| TILE MARINE | 97143242823 |
| VIKING LIFE SAVING EQUIPMENT | 97143243444 |
| BLUE SEA CAPITAL | MCGUID@COMPUTER.NET |
| MERRILL MARINE SERVICES | 314-968-0019 |
| NATIONAL BANK OF PAKISTAN | 212-809-4720 |
| ISB INTERNATIONAL SHIPPING | 714-296-5597 |
| MIDDLE EAST EXPRESS | |
| NOBLE DENTON | JOHN.POULSON@NOBLEDENTON.COM |
| BRIARCLIFFE LTD. | 212-407-3248 |
| SDV GHAN LIMITED | 215-564-7699 |
| SAEACASTLE CONTAINER | 201-391-0356 |
| SPEDAG EAST AFRICA | 011412586779677 |
| TAL INTERNATIONAL | 914-697-2888 |
| TANZIA ROAD HAULAGE | 0112552113358 |
| TEXTAINER EQUIPMENT | 415-437-0599 |
| TSG TECHNICAL SERVICES | 202-331-9321 |
| UNITED STATES DEPT. OF AGRICULTURE | |
| CITIBANK | |
| GARDEN CITY CHAMBER OF COMMERCE | |
| MERCHANTS INSURANCE GROUP | |
| US BUREAU OF CUSTOMS AND BORDER | |
| REMOTE REPORTING | 203-286-1182 |
| SHIPNET | 916-324-0677 |
| STATE BOARD OF EQUALIZATION | |
| | AYudes@wfw.com |

| | |
|---|---|
| KeyBank National | Richard_B_Saulsbery@KeyBank.com |
| | Andrew.Turscak@thompsonhine.com |
| | jssimms@simmsshowers.com |
| | dhakaeng@emirates.net.ae |
| Environmental Systems | esisys@emirates.net.ae |
| | info@elcome.ae |
| | dubai@goltens.com |
| | DBA_CDU@bureauveritas.com |
| Gulf Oil Marine Limited | Invoice.hk@gulf-marine.com |
| | mcgold@computer.net |
| | meeshhj@emirates.net.ae |
| | John.poulson@nobledenton.com |
| | info@remotereporting.com |
| | csd@jotundxb.ae |
| Oasis Chemicals | oasischm@emirates.net.ae |
| | tileship@emirates.net.ae |
| | accounts@isb.ae |
| | meeshhj@emirates.net.ae |
| | smee@emirates.net.ae |
| | ndadubai@emirates.net.ae |
| | hliss@akingump.com |
| | raymondryckmans@mercuresudan.be |
| | Al.gennarelli@talinternational.com |
| | billing@textainer.com |
| | Aaron.baines@shipnet.no |
| | Viking-uae@vikinglife.com |
| Dewitt Stern | garyferrazzano@dewittsternimperatore.com |
| U.S. Bureau of Customs and Border | Susan.endicott@dhs.gov |
| Delta Marine Services Co. | ops@deltaegyptltd.com |
| Mercur International | raymondryckmans@mercursudan.be |
| | abudhabi@ameraon-by.com |
| | info@elcome.ae |
| | ndadubai@emirates.net.ae |
| Comet Shipping Nigeria | info@cometshipping.com |