UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                              Chapter 11

GLOBAL CONTAINER LINES LTD.,        Case No. 09-78585

                Debtor.
---------------------------------------------------------x
In re:                                                              Chapter 11

SHIPTRADE, INC.,                                    Case No. 09-78584

                Debtor.
---------------------------------------------------------x
In re:                                                              Chapter 11

GCL SHIPPING CORP.,                          Case No. 09-78589

                Debtor.
---------------------------------------------------------x
In re:                                                              Chapter 11

REDSTONE SHIPPING CORP.,              Case No. 09-78586

                Debtor.
---------------------------------------------------------x
In re:                                                              Chapter 11

GILMORE SHIPPING CORP.,                 Case No. 09-78587

                Debtor.
---------------------------------------------------------x

```
------------------------------------------------------x  Chapter 11
In re:
                                                        Case No. 09-78588
GLOBAL PROGRESS LLC,

                        Debtor.
------------------------------------------------------x
In re:                                                  Chapter 11

GLOBAL PROSPERITY LLC,                                  Case No. 09-78590

                        Debtor.
------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

      C. NATHAN DEE, being duly sworn, deposes and says:

      That he is over the age of 21 years, resides in Suffolk County, New York and is not a party to this action.

      That on the 12th day of November 2009, he served via facsimile and email on or Before 5:00 P.M. The Debtor's Motion For Entry Of An Order Authorizing, But Not Directing, Debtor's To Pay Certain Pre-Petition Claims Maritime Lien Claimants And Authorizing Financial Institutions To Honor All Related Checks And Electronic Payment Requests; Notice Of Debtors' Motion For An Order Pursuant To Sections 105(A) And 331 Of The Bankruptcy Code Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals; Affidavit Of Bijan Paksima Pursuant To Local Bankruptcy Rule 1007-4; Notice; Amended Notice; Order Authorizing, But Not Directing, Debtor's To Pay Certain Pre-Petition Claims Maritime Lien Claimants And Authorizing Financial Institutions To Honor All Related Checks And Electronic Payment Requests, Motion to Authorize/Direct Debtors Motion for Entry of Emergency, Interim and Final Orders, addressed as follows on the following:

SEE ATTACHED SERVICE LIST

At the numbers and emails designated for that purpose.

                                                                <u>s/ C. NATHAN DEE</u>
                                                                C. NATHAN DEE

Sworn to before me this
12th day of November, 2009.

<u>s/ Bonnie L. Pollack</u>
Notary Public