

**U.S. Department of Justice**

Office of the United States Trustee
*Eastern District of New York (Central Islip Division)*

---

*Long Island Federal Courthouse*    Telephone:  (631) 715-7800

*560 Federal Plaza*    Fax:  (631) 715-7777
*Central Islip, New York 11722-4456*

October 18, 2010

Hon. Alan S. Trust
United States Bankruptcy Court
290 Federal Plaza
Central Islip, New York 11722

        Re: Global Progress LLC, 809-78588-ast
           Global Prosperity LLC, 809-78590-ast

Dear Judge Trust:

    Pursuant to a Court order dated September 29, 2010 ("Order"), the above referenced debtors ("Debtors") were directed to provide an appropriate affidavit indicating cash disbursements and pay the appropriate sum of quarterly fees to the Office of the United States Trustee.

    Please be advised that the Debtors have complied with the Order because they provided the appropriate disbursements and paid all outstanding quarterly fees to the United States Trustee.

    Thank you for your attention in this matter.

                Very truly yours,

                */S/ **Stan Y. Yang***
                Stan Y. Yang
                Trial Attorney

cc: Matthew Roseman, Esq.

Enclosure